al as applied in the circumstances.[7]  Had the due process issue been adequately preserved for appellate review, I would therefore have vacated the orders of the Commonwealth Court and the common pleas court and remanded for such an undertaking, with a directive that the court would be authorized to entertain additional evidence to the extent that Appellant was not provided with a sufficient opportunity for presentation in the first instance.  *See supra* note 7.

Chief Justice CAPPY joins this dissenting opinion.

907 A.2d 1047

**M. Diane KOKEN, Insurance Commissioner of the Commonwealth of Pennsylvania,**

**v.**

**PHICO INSURANCE COMPANY,**

**Appeal of O'Brien and Ryan, LLP.**

Supreme Court of Pennsylvania.

Oct. 17, 2006.

**7.**  While Appellant did not raise the due process issue in its statement of matters complained of on appeal, it had otherwise raised it before the common pleas court prior to the filing of the notice of appeal.  *See, e.g.,* Appellant's Brief in Support of Land Use Appeal, at 9, *Glen–Gery Corporation v. ZHB of Dover Twp.,* No.2003–SU–02356–08, slip op. (C.P. York Dec. 22, 2003).  In this regard, the common pleas court noted that it permitted the presentation of evidence at a series of hearings.  *See Glen–Gery Corp. v. ZHB of Dover,* No.2003–SU–02356–08, slip op. at 3 (C.P. York Dec. 22, 2003).  There are no transcripts of such proceedings in the original record as provided, however.  Thus, it is impossible to assess the adequacy of Appellant's presentation from the appellate perspective at this juncture.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of October, 2006, the Order of the Commonwealth Court is **AFFIRMED.**

907 A.2d 1048

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**James Martin MUDD, III, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 11, 2006.

Decided Oct. 17, 2006.

John Ciroli, for James Martin Mudd, III, appellant.

Michael Wayne Streily, Pittsburgh, Robert A. Willig, Paul R, Scholle, Allegheny County District's Attorney's Office, for the Com. of Pennsylvania, appellee.